# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 07-1435


**JOHN DIGIGLIA**

**VERSUS**

**STATE FARM INSURANCE COMPANY**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2007-1867
HONORABLE DAVID KENT SAVOIE, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


## OSWALD A. DECUIR
## JUDGE


**\*\*\*\*\*\*\*\*\*\***


Court composed of Oswald A. Decuir, Marc T. Amy, and Billy Howard Ezell, Judges.


**AFFIRMED.**


**Terry L. Rowe**
**Attorney at Law**
**P. O. Box 3323**
**Lafayette, LA 70502**
**(337) 232-4744**
**Counsel for Defendant/Appellant:**
   **State Farm Fire & Casualty Insurance Company**

**Robert C. McCorquodale**
**Stutes, Fontenot, Lavergne & Lutz, LLC**
**713 Kirby Street**
**Lake Charles, LA 70601**
**(337) 433-0022**
**Counsel for Plaintiff/Appellee:**
   **John Digiglia**

**DECUIR, Judge.**

For the reasons assigned in the consolidated case entitled *White v. State Farm Insurance Company*, 07-1341 (La.App. 3 Cir. 05/ /08), ____ So.2d ____ , rendered this day, the judgment of the trial court is affirmed.  Costs of this appeal are assessed to State Farm Fire & Casualty Company.

**AFFIRMED.**